# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

and all Others Similarly Situated     Plaintiff(s)

vs.     Case Number:

(2) BMO HARRIS BANK, N.A.,

a North Carolina Chartered Bank,     Defendant(s)
(4) GENERATIONS FEDERAL
CREDIT UNION, and
(5) BAY CITIES BANK, a Florida
State-Chartered Bank

**Appearance**

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

_____     _____
Date     Signature

Type of Appointment: ☐ Retained ☐ CJA
    _____
    Print Name

☐ FPD ☐ Pro Bono ☐ Pro Se
    _____
    Firm Name

    _____
    Mailing Address

_____     _____
Oklahoma State Bar Number (If Applicable)     City     State     Zip Code

_____     _____
e-mail address     Phone Number     Fax Number

# Certificate of Service

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service                ☐ In Person Delivery

☐ Courier Service                    ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

_____
Signature